# NO. 12-16-00337-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE* | § | *APPEAL FROM THE* |
| *MARRIAGE OF NEDA Y. CRAWFORD* | § | *COUNTY COURT AT LAW* |
| *AND MELVIN R. CRAWFORD* | § | *CHEROKEE COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant, Neda Crawford, has filed a motion to dismiss this appeal. Accordingly, we *grant* the motion, and *dismiss* the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs on appeal are taxed against the party incurring them.

Opinion delivered April 5, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 5, 2017**

**NO. 12-16-00337-CV**

**IN THE MATTER OF THE MARRIAGE OF
NEDA Y. CRAWFORD AND MELVIN R. CRAWFORD**

---

Appeal from the County Court at Law

of Cherokee County, Texas (Tr.Ct.No. 2015-10-0656)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*